THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN ROTHENBERG. — Motion granted, and appellant's time within which to serve and file the record on appeal and appellant's points extended to and including August 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOJEN REALTY CORPORATION v. SOUTHOLD HOLDING CORPORATION and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOJEN REALTY CORPORATION v. URIAH A. BOCH and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GOTHAM MUSIC SERVICE, INC., and Another v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM JAMES, as Administrator, etc., of JOSEPHINE JAMES, Deceased, v. WILLIAM BETHUNE.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of IRENE AHNEMAN for an Order Directing BERNARD ALEXANDER, an Attorney, to Turn over Certain Moneys and Papers. — Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCES BAUSO v. JOSEPH BAUSO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed by July 25, 1931. Present — Finch, P.'J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCIS S. MYGATT v. C. EDWIN GILBREATH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before September 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of DAVID KLEIN for an Order of Mandamus against A. B. PIPER CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MILDRED G. MORRIS v. MYRON I. MORRIS.— Motion to dismiss appeal denied. Present —·Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE MAYER and Another v. DELSON HOLDING CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.